**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
**Norah Van Dusen**, OSB No. 180114
Email: norah@lmhlegal.com
**Sara Long**, OSB No. 224433
Email: saralong@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Rebecca J. Roe**, WSBA No. 7560
Email: roe@sgb-law.com
**Hong Jiang**, WSBA No. 51914
Email: jiang@sgb-law.com
**Benjamin Gauen**, WSBA No. 41815
Email: gauen@sgb-law.com
Schroeter Goldmark & Bender
401 Union Street, Suite 3400
Seattle, Washington 98101
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
*Applications for Pro Hac Vice Forthcoming*

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**T.W.,**

Plaintiff,

vs.

**EMILY ECHTENKAMP, AMIRA GUADALUPE ANDRADE, TONY BAKER, JOSEPH O'LEARY, and DAN BERGER,**

Defendants.

Case No. 3:24-cv-01326-MO

**JOINT STATUS REPORT**

The Court directed the parties to file a Joint Status Report within 10 days of the issuance of the Ninth Circuit's mandate transferring jurisdiction back to this court. The parties have conferred and propose the following case deadlines:

| | |
|---|---|
| Echtenkamp Answer Due | October 23, 2026 |
| File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15 | March 26, 2027 |
| Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 & 19 | March 26, 2027 |
| Complete all fact discovery | July 30, 2027 |
| File any dispositive motions and submit joint ADR report | August 25, 2027 |
| Expert Reports Due | 30 days after the ruling on any dispositive motions; any rebuttal expert reports due 30 days after that |
| Complete all expert discovery | 90 days after the ruling on any dispositive motions |

**DATED** this 5th day of October, 2026.

By: s/ Jesse Merrithew
Jesse Merrithew, OSB No. 074564
Norah Van Dusen, OSB No. 180114
Sara Long, OSB No. 224433
***Attorneys for T.W.***

By: s/ Nathaniel Aggrey
Nathaniel Aggrey, OSB No. 172283
Gillian Bunker, OSB No. 062870
Jessica Spooner, OSB No. 105919
Oregon Department of Justice
***Attorney for Tony Baker, Joseph O'Leary, Dan Berger***

By: s/ Nikki Abercrombie
Nikki Abercrombie, OSB No. 144581
Jon Monson, OSB No. 102650
Nicole Swift, OSB No. 141419
Cable Huston LLP
***Attorneys for Emily Echtenkamp***

By: s/ Karen O'Kasey
Karen O'Kasey, OSB No. 870696
Taylor Lewis, OSB No. 164263
Hart Wagner LLP
***Attorney for Amira Andrade***



**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092